FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CHASE C.,

          Plaintiff,

          v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.

No.  2:26-CV-00132-ACE

ORDER GRANTING STIPULATED
MOTION FOR REMAND
PURSUANT TO SENTENCE FOUR
OF 42 U.S.C. § 405(g)

**ECF Nos. 9 & 7**

      **BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 9. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Noah Schabacker represents Defendant.  After considering the file and proposed order, **IT IS ORDERED:**

      1.    The parties' Stipulated Motion for Remand, **ECF No. 9**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Administrative Law Judge shall:  (1) reevaluate all relevant issues; (2) offer Plaintiff an opportunity for a hearing; (3) take any further action necessary to develop the record; and (4) issue a new decision.

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

2.      **Judgment shall be entered for PLAINTIFF**.

3.      Plaintiff's Opening Brief, **ECF No. 7**, is **STRICKEN AS MOOT**.

4.      An application for attorney fees and costs may be filed by separate motion.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED July 21, 2026.



_____

ALEXANDER C. EKSTROM

UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2